IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-155-FL

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| AMORD DEMETRICH JACOBS | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Timothy Bass of the Sampson County Sheriff's Office.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on 12/19/19, be transferred to the Sampson County Sheriff's office to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| Exhibit 1 | Crack Cocaine (actual) |
| Exhibit 3 | Cocaine (actual) |
| Exhibit 34 | Actual marijuana |
| Exhibit 38 | Actual money in evidence bag |

SO ORDERED this the 19th day of December, 2019.

Louise W. Flanagan
United States District Judge

1

SO ACKNOWLEDGED:

Timothy Bass, Case Agent

Bradford Knott, Assistant U.S. Attorney